IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Joe Hand Promotions, Inc., | ) | C/A No.: 3:12-cv-1185-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER REGARDING WITHDRAWAL** |
| | ) | **OF DEFENDANTS' COUNSEL** |
| Alia's of Columbia, LLC d/b/a | ) | |
| Lucky's, and Alia N. Hakim, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Attorney Frank B. McMaster of Tompkins and McMaster, LLP, has moved to withdraw as counsel for the defendants, Alia's of Columbia, LLC doing business as Lucky's and Alia N. Hakim. McMaster has filed an affidavit detailing his discussions with his clients about his withdrawal. He also filed a document signed by Defendant Hakim consenting to McMaster's motion to be relieved as counsel. Furthermore, this court has been provided with the clients' last known address. This court has entered an order relieving McMaster from continuing as counsel in this matter.

The court will allow the clients forty-five (45) days from the entry date of this order within which to mail the court notice of the identity of replacement counsel. Because Alia's of Columbia, LLC d/b/a Lucky's is a corporation, the court hereby gives notice that a corporation may not appear through its corporate officers but may only appear in United States District Court through an attorney duly licensed to practice in this district. *E.g., Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985).

To this end, the clients shall, within forty-five days from entry of this order, complete the attached Notice and mail it to the Clerk of Court at the address indicated.  If the clients fail to mail the attached letter to the clerk within the time prescribed, the court may set aside the defendants' answer and find the defendants in default.  The postmark date will be determinative of the date mailed.  This action will be stayed for forty-five days while the defendants obtain new counsel.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

December 10, 2012                     Joseph F. Anderson, Jr.
Columbia, South Carolina              United States District Judge

                Frank B. McMaster
                Tompkins & McMaster, LLP
                P.O. Box 7337
                Columbia, SC 29201
                (803) 799-4499

The Honorable Larry Propes
Clerk of Court
United States District Court
1845 Assembly Street
Columbia, South Carolina  29201-2455

    In Re:    3:12-cv-1185-JFA  Joe Hand Promotions, Inc. v. Alia's of Columbia, LLC
                    d/b/a Lucky's and Alia N. Hakim

Dear Mr. Propes:

    In response to Judge Anderson's order, I wish to advise as follows:

    I have obtained a new attorney to represent me in this matter. This attorney's name, address, and telephone number are as follows:

                _____

                _____

                _____

**Note: a corporation must retain counsel.**

                                _____
                                Signature of Client